UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
IN THE SOUTHERN DIVISION

SCOTT ANDREW WITZKE,

    Plaintiff,

v

JORDAN REICK; IAN HOWARD; AARON KOWALSKI; CRAIG WHITE; and ROBERT ALLEN MCLEAN, in their individual capacities for monetary damages; and THE CITY OF MADISON HEIGHTS, Michigah,

    Defendants.

No. 2:21-CV-11346-DPH-CI

HON. MATTHEW F. LEITMAN

MAG.

| | |
|---|---|
| Scott Andrew Witzke<br>Plaintiff, *In Pro Per*<br>6931 Ball Road<br>Romulus, MI  48174 | Andrew J. Jurgensen (P81123)<br>Assistant Attorney General<br>Attorney for Defendant McLean<br>State Operations Division<br>P.O. Box 30754<br>Lansing, MI  48909<br>517.335.7573<br>Jurgensena2@michigan.gov |

**BRIEF IN SUPPORT OF DEFENDANT ROBERT MCLEAN'S
FED. R. CIV. P. 12(B)(6) MOTION TO DISMISS**

**EXHIBIT B**

Michigan.gov Home | Contact MDOC | OTIS Help | MDOC's Most Wanted | Glossary | Disclaimer | MDOC Home

## BIOGRAPHICAL INFORMATION



**SCOTT ANDREW WITZKE**

| | |
|---|---|
| MDOC Number: | 164756 |
| SID Number: | 1214357P |
| Name: | SCOTT ANDREW WITZKE |
| Racial Identification: | White |
| Gender: | Male |
| Hair: | Partial Gray |
| Eyes: | Blue |
| Height: | 6' 2" |
| Weight: | 330 lbs. |
| Date of Birth: | 11/03/1964 (56) |

Image Date: 9/3/2014

## MDOC STATUS

| | | | |
|---|---|---|---|
| Current Status: | Probationer | Supervision Begin Date: | 06/04/2021 |
| Assigned Location: | Oakland/Pontiac/Probation | Supervision Discharge Date: | 06/04/2022 |
| Security Level: | | | |

## ALIASES

MARK EDWARD DUNN

SCOTT WITZKE

SCOTT A. WITZKE

SCOTT ANDREW WITKE

## MARKS, SCARS & TATTOOS

Scar- Lower Left Arm

## PRISON SENTENCES

### ACTIVE

None

### INACTIVE

**Sentence 1**

| | | | |
|---|---|---|---|
| Offense: | Uttering & Publishing | Minimum Sentence: | 1 year 2 months 0 days |
| MCL#: | 750.249 / 769.12 | Maximum Sentence: | 20 years 0 months |
| Court File#: | 09229759-FH | Date of Offense: | 01/27/2009 |
| County: | Oakland | Date of Sentence: | 09/27/2010 |
| Conviction Type: | Plea | Discharge Date: | 02/12/2018 |
| Discharge Reason: | Offender Discharge | | |

**Sentence 2**

| | | | |
|---|---|---|---|
| Offense: | Uttering & Publishing | Minimum Sentence: | 0 years 10 months 0 days |
| MCL#: | 750.249 | Maximum Sentence: | 14 years 0 months |
| Court File#: | 09019203-01-FH | Date of Offense: | 01/19/2009 |
| County: | Wayne | Date of Sentence: | 09/16/2009 |
| Conviction Type: | Plea | Discharge Date: | 02/12/2018 |

| | | | |
|---|---|---|---|
| Discharge Reason: | Offender Discharge | | |

### Sentence 3

| | | | |
|---|---|---|---|
| Offense: | Uttering & Publishing | Minimum Sentence: | 1 year 6 months 0 days |
| MCL#: | 750.249 / 769.12 | Maximum Sentence: | 20 years 0 months |
| Court File#: | 07007679-01 | Date of Offense: | 01/12/2007 |
| County: | Wayne | Date of Sentence: | 06/21/2007 |
| Conviction Type: | Plea | Discharge Date: | 02/12/2018 |

| | | | |
|---|---|---|---|
| Discharge Reason: | Offender Discharge | | |

### Sentence 4

| | | | |
|---|---|---|---|
| Offense: | Uttering & Publishing | Minimum Sentence: | 1 year 11 months 0 days |
| MCL#: | 750.249 | Maximum Sentence: | 14 years 0 months |
| Court File#: | 04280427 | Date of Offense: | 07/16/2004 |
| County: | Hillsdale | Date of Sentence: | 09/27/2004 |
| Conviction Type: | Plea | Discharge Date: | 02/12/2018 |

| | | | |
|---|---|---|---|
| Discharge Reason: | Offender Discharge | | |

### Sentence 5

| | | | |
|---|---|---|---|
| Offense: | Obtain Money Over $100 False Pretenses | Minimum Sentence: | 3 years 0 months 0 days |
| MCL#: | 750.218B | Maximum Sentence: | 10 years 0 months |
| Court File#: | 966754FH | Date of Offense: | 03/20/1996 |
| County: | Washtenaw | Date of Sentence: | 06/23/1997 |
| Conviction Type: | Plea | Discharge Date: | 02/18/1999 |

| | | | |
|---|---|---|---|
| Discharge Reason: | Resentenced on Appeal | | |

### Sentence 6

| | | | |
|---|---|---|---|
| Offense: | Obtain Money Over $100 False Pretenses | Minimum Sentence: | 3 years 0 months 0 days |
| MCL#: | 750.218B | Maximum Sentence: | 10 years 0 months |
| Court File#: | 965576FH | Date of Offense: | 12/31/1995 |
| County: | Washtenaw | Date of Sentence: | 06/23/1997 |
| Conviction Type: | Plea | Discharge Date: | 02/18/1999 |

| | | | |
|---|---|---|---|
| Discharge Reason: | Resentenced on Appeal | | |

### Sentence 7

| | | | |
|---|---|---|---|
| Offense: | Obtain Money, False Pretenses | Minimum Sentence: | 1 year 6 months 0 days |
| MCL#: | 750.218 | Maximum Sentence: | 10 years 0 months |
| Court File#: | 9024578FH | Date of Offense: | 08/10/1989 |
| County: | Washtenaw | Date of Sentence: | 12/21/1990 |
| Conviction Type: | Plea | Discharge Date: | 09/19/1991 |

| | | | |
|---|---|---|---|
| Discharge Reason: | Offender Discharge | | |

### Sentence 8

| | | | |
|---|---|---|---|
| Offense: | Forgery | Minimum Sentence: | 2 years 6 months 0 days |
| MCL#: | 750.248 | Maximum Sentence: | 14 years 0 months |
| Court File#: | 82-17014FY | Date of Offense: | 12/10/1982 |
| County: | Washtenaw | Date of Sentence: | 12/10/1982 |
| Conviction Type: | Plea | Discharge Date: | 07/23/1990 |

| | | | |
|---|---|---|---|
| Discharge Reason: | Offender Discharge | | |

### Sentence 9

| | | | |
|---|---|---|---|
| Offense: | Receiving Stolen Property | Minimum Sentence: | 1 year 0 months 0 days |
| MCL#: | 750.535 | Maximum Sentence: | 5 years 0 months |
| Court File#: | 82-16710FY | Date of Offense: | 06/08/1982 |
| County: | Washtenaw | Date of Sentence: | 12/10/1982 |
| Conviction Type: | Plea | Discharge Date: | 02/21/1987 |

| | | | |
|---|---|---|---|
| Discharge Reason: | Offender Discharge | | |

### Sentence 10

| | | | |
|---|---|---|---|
| Offense: | Uttering & Publishing | Minimum Sentence: | 2 years 0 months 0 days |
| MCL#: | 750.249 | Maximum Sentence: | 14 years 0 months |
| Court File#: | 82-16453FY | Date of Offense: | 12/10/1982 |
| County: | Washtenaw | Date of Sentence: | 12/10/1982 |
| Conviction Type: | Plea | Discharge Date: | 07/23/1990 |

| | | | |
|---|---|---|---|
| Discharge Reason: | Offender Discharge | | |

### Sentence 11

| | | | |
|---|---|---|---|
| Offense: | Forgery | Minimum Sentence: | 2 years 6 months 0 days |
| MCL#: | 750.248 | Maximum Sentence: | 14 years 0 months |
| Court File#: | 82-17015FY | Date of Offense: | 12/10/1982 |

| | | | |
|---|---|---|---|
| County: | Washtenaw | Date of Sentence: | 12/10/1982 |
| Conviction Type: | Plea | Discharge Date: | 07/23/1990 |
| Discharge Reason: | Offender Discharge | | |

## PROBATION SENTENCES

### ACTIVE

#### Sentence 1
| | | | |
|---|---|---|---|
| Offense: | Controlled Substance-Possession of Methamphetamine | Minimum Sentence: | |
| MCL#: | 333.74032B1 | Maximum Sentence: | 1 year 0 months |
| Court File#: | 20273785-FH | Date of Offense: | 07/30/2019 |
| County: | Oakland | Date of Sentence: | 06/04/2021 |
| Conviction Type: | Plea | | |

### INACTIVE

#### Sentence 1
| | | | |
|---|---|---|---|
| Offense: | Uttering & Publishing | Minimum Sentence: | |
| MCL#: | 750.249 | Maximum Sentence: | 2 years 0 months |
| Court File#: | 08002133-01 | Date of Offense: | 01/24/2007 |
| County: | Wayne | Date of Sentence: | 06/04/2008 |
| Conviction Type: | Plea | Discharge Date: | 09/14/2011 |
| Discharge Reason: | Offender Discharge | | |

#### Sentence 2
| | | | |
|---|---|---|---|
| Offense: | Uttering & Publishing | Minimum Sentence: | |
| MCL#: | 750.249 | Maximum Sentence: | 3 years 0 months |
| Court File#: | 14010041-01-FH | Date of Offense: | 04/19/2014 |
| County: | Wayne | Date of Sentence: | 01/06/2015 |
| Conviction Type: | Plea | Discharge Date: | 06/24/2015 |
| Discharge Reason: | Offender Discharge | | |

#### Sentence 3
| | | | |
|---|---|---|---|
| Offense: | Uttering & Publishing | Minimum Sentence: | |
| MCL#: | 750.249 | Maximum Sentence: | 3 years 0 months |
| Court File#: | 14007719-01-FH | Date of Offense: | 09/11/2013 |
| County: | Wayne | Date of Sentence: | 10/20/2014 |
| Conviction Type: | Plea | Discharge Date: | 06/24/2015 |
| Discharge Reason: | Offender Discharge | | |

#### Sentence 4
| | | | |
|---|---|---|---|
| Offense: | Uttering & Publishing | Minimum Sentence: | |
| MCL#: | 750.249 | Maximum Sentence: | 2 years 0 months |
| Court File#: | 03005978 | Date of Offense: | 02/18/2003 |
| County: | Wayne | Date of Sentence: | 06/20/2003 |
| Conviction Type: | Plea | Discharge Date: | 06/08/2005 |
| Discharge Reason: | Discharged Without Improvement | | |

#### Sentence 5
| | | | |
|---|---|---|---|
| Offense: | Uttering & Publishing | Minimum Sentence: | |
| MCL#: | 750.249 | Maximum Sentence: | 1 year 0 months |
| Court File#: | 14250767-FH | Date of Offense: | 02/21/2014 |
| County: | Oakland | Date of Sentence: | 07/29/2014 |
| Conviction Type: | Plea | Discharge Date: | 07/22/2015 |
| Discharge Reason: | Discharged Without Improvement | | |

## SUPERVISION CONDITIONS

01 - No violations of any criminal law

02 - Not leave state without permission

02.0 - Not use/possess alcohol or intoxicants

02.1 - Alcohol testing

02.2 - Drug testing

02.4 - Not use or have any controlled substances or drug items

02.8 - Outpatient Substance Abuse Treatment

03 - Monthly reporting

04 - Notify of change of residence

04.18 - Behavior

04.20 - Not own or possess weapons

05.2 - License suspended

06.4 - You must make genuine efforts to find employment

08.0 - Serve jail time as described

08.2 - Pay a Crime Victim's Assessment

08.6 - Attorney Fees

08.11 - Assignment of wages until ordered assessments are paid

08.18 - State Costs

Copyright © 2001-2021 State of Michigan