UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
IN THE SOUTHERN DIVISION

SCOTT ANDREW WITZKE,

    Plaintiff,

v

JORDAN REICK; IAN HOWARD; AARON KOWALSKI; CRAIG WHITE; and ROBERT ALLEN MCLEAN, in their individual capacities for monetary damages; and THE CITY OF MADISON HEIGHTS, Michigah,

    Defendants.

No. 2:21-CV-11346-DPH-CI

HON. MATTHEW F. LEITMAN

MAG.

| | |
|---|---|
| Scott Andrew Witzke<br>Plaintiff, *In Pro Per*<br>6931 Ball Road<br>Romulus, MI  48174 | Andrew J. Jurgensen (P81123)<br>Assistant Attorney General<br>Attorney for Defendant McLean<br>State Operations Division<br>P.O. Box 30754<br>Lansing, MI  48909<br>517.335.7573<br>Jurgensena2@michigan.gov |

**BRIEF IN SUPPORT OF DEFENDANT ROBERT MCLEAN'S
FED. R. CIV. P. 12(B)(6) MOTION TO DISMISS**

**EXHIBIT C**

```
STATE OF MICHIGAN                                    CASE NO:  18FB-1586   D01 FY
14B0 JUDICIAL DISTRICT    REGISTER OF ACTIONS        X-REFERENCE #:  13-76237
ORI810075J                                           STATUS: DISP
PIN: 13-76237
```

JUDGE OF RECORD: POPE,CHARLES J.,        P-25389
JUDGE: BURKE,JOSEPH F.,                  P-33801

STATE OF MICHIGAN v

WITZKE/SCOTT/ANDREW              6931 Beck St
~~4630 LARKINS ST APT 2~~        Romulus MI
~~DETROIT           MI 48210~~   48174

CTN: 811800117201
TCN: J218114002J
SID: 1214357P
ENTRY DATE: 02/27/18
OFFENSE DATE: 10/06/13

VEHICLE TYPE:                    VPN:
DOB: 11/03/1964  SEX: M  RACE: W  DLN: MI W320760067846   CDL: U
VEH YR:          VEH MAKE:        VIN:                     PAPER PLATE:

DEFENSE ATTORNEY ADDRESS          BAR NO.
BERNSTEIN,SAMUEL JACOB,           P-75402          APPOINTED
4158 WASHTENAW AVE                Telephone No.
ANN ARBOR        MI 48108         (734) 883-9584

OFFICER: SAYDAK/SHARON            DEPT: WASHTENAW COUNTY SHERIFF

PROSECUTOR: MACKIE,BRIAN L.,      P-25745
VICTIM/DESC:

---

**COUNT  1 C/M/F: F 750248**                         PACC#750.248
**FORGERY**
ARRAIGNMENT DATE:  04/24/18    PLEA:   STOOD MUTE    PLEA DATE:  04/24/18
FINDINGS:  DISMISSED    DISPOSITION DATE:  05/08/18
SENTENCING DATE:
     FINE      COST  ST.COST    CON     MISC.       REST    TOT FINE      TOT DUE
     0.00      0.00     0.00    0.00     0.00       0.00        0.00         0.00
        JAIL SENTENCE:              PROBATION:
     VEH IMMOB START DATE:          NUMBER OF DAYS:            VEH FORFEITURE:

**BOND HISTORY:**
               PERSONAL      BOND CONTINUED

---

**COUNT  2 C/M/F: F 750249**                         PACC#750.249
**UTTERING & PUBLISHING**
ARRAIGNMENT DATE:  04/24/18    PLEA:   STOOD MUTE    PLEA DATE:  04/24/18
FINDINGS:  DISMISSED    DISPOSITION DATE:  05/08/18
SENTENCING DATE:
     FINE      COST  ST.COST    CON     MISC.       REST    TOT FINE      TOT DUE
     0.00      0.00     0.00    0.00     0.00       0.00        0.00         0.00
        JAIL SENTENCE:              PROBATION:
     VEH IMMOB START DATE:          NUMBER OF DAYS:            VEH FORFEITURE:

---

**COUNT  3 C/M/F: M 7502183A**                       PACC#750.2183A
**FALSE PRETENSES-$200.00-$999.99**
ARRAIGNMENT DATE:  04/24/18    PLEA:   NOLO CONTEND  PLEA DATE:  05/08/18
FINDINGS:  DS NOLO PLEA    DISPOSITION DATE:  05/08/18
SENTENCING DATE:  05/08/18
     FINE      COST  ST.COST    CON     MISC.       REST    TOT FINE      TOT DUE
     0.00      0.00     0.00    0.00     0.00    1111.91     1111.91       1111.91
        JAIL SENTENCE:              PROBATION:
     VEH IMMOB START DATE:          NUMBER OF DAYS:            VEH FORFEITURE:

```
NAME: WITZKE/SCOTT/ANDREW                    CASE NO: 18FB-1586        PAGE    2
DATE                   ACTIONS, JUDGMENTS, CASE NOTES                   INITIALS
```

| Date | Action | | Ref | Init |
|---|---|---|---|---|
| 10/06/13 | | | | |
| 1 | ORIGINAL CHARGE | FORGERY | | LDW |
| 2 | ORIGINAL CHARGE | UTTER&PUBLIS | | LDW |
| 02/27/18 | | | | |
| | FILING DATE | 022718 | | LDW |
| 1 | AUTHORIZATION OF COMPLAINT DATE | | | LDW |
| | PROS MACKIE,BRIAN L., | | P-25745 | LDW |
| | COMPLAINT ISSUANCE DATE | | | LDW |
| | MAG  NELSON,MARK W., | | P-58712 | LDW |
| 02/28/18 | | | | |
| | MISCELLANEOUS ACTION | ALL COUNTS | | LDW |
| | WARRANT SIGNED & ISSUED | | | LDW |
| | CASE TO BE ASSIGNED TO JUDGE BROWN UPON BINDOVER | | | LDW |
| | CC JDG BROWN DUE TO PRIOR CRW 90-024578 FH | | | LDW |
| 04/24/18 | | | | |
| 1 | WARRANT RECALL GENERATED | FORGERY | | ASO |
| | ORDER FOR FINGERPRINTS GENERATED | | | |
| | | FORGERY | | ASO |
| | ARRAIGNMENT HELD | ALL COUNTS | | AJF |
| | JDG  POPE,CHARLES J., | | P-25389 | AJF |
| | ATT  MOORE,KIM M., | | P-54390 | AJF |
| | STOOD MUTE | | | AJF |
| | SCHEDULED FOR PROBABLE CAUSE CONFERENCE | | | |
| | | 050118  830A  PRELIM EXAM,JUDGE, | P-99990 | AJF |
| | SCHEDULED FOR PRELIMINARY EXAMINATION | | | |
| | | 050818  930A  PRELIM EXAM,JUDGE, | P-99990 | AJF |
| | PERSONAL | | | AJF |
| | BOND SET | | | AJF |
| | WARRANT RECALL FILED | | | AJF |
| | COURT RECORDER JACKIE MCLAIN-CER3531 | | | AJF |
| | FINGERPRINTS ORDERED | | | AJF |
| | DEFT WALKED IN ON WARRANT AT 14A1 | | | AJF |
| | PD APPOINTED | | | AJF |
| | NOTICE TO APPEAR GENERATED | | | |
| | | ALL COUNTS | | AJF |
| 1 | NOTICE TO APPEAR GENERATED | | | |
| | | FORGERY | | ASO |
| 04/26/18 | | | | |
| | TCN ADDED | | | LDW |
| 04/30/18 | | | | |
| | APPEARANCE/DEMANDS FD | | | ASO |
| | CERTIFICATION OF WARRANT RECALL FD | | | ASO |
| | ORIG WARRANT RETURN FD | | | ASO |
| 05/01/18 | | | | |
| | MISCELLANEOUS ACTION | ALL COUNTS | | ASO |
| | REMOVED FROM CALENDAR | 050818  930A  PRELIM EXAM,JUDGE, | P-99990 | ASO |
| | PROCEEDING HELD | ALL COUNTS | | ASO |
| | JDG  HINES,ELIZABETH POL | | P-27711 | ASO |
| | ATT  BERNSTEIN,SAMUEL JA | | P-75402 | ASO |
| | SCHEDULED FOR PROBABLE CAUSE CONFERENCE | | | |
| | | 050818  830A  PRELIM EXAM,JUDGE, | P-99990 | ASO |
| | SCHEDULED FOR PRELIMINARY EXAMINATION | | | |
| | | 051518  930A  PRELIM EXAM,JUDGE, | P-99990 | ASO |

NAME: WITZKE/SCOTT/ANDREW          CASE NO: 18FB-1586     PAGE   3

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | | INITIALS |
|---|---|---|---|
|  | BOND CONTINUED | | ASO |
|  | CER 5472 LISA MULL COURT RECORDER | | ASO |
|  | LDG WITHDRAWS DUE TO CONFLICT-APPOINT ATTY | | ASO |
|  | SAM BERNSTEIN | | ASO |
|  | NOTICE TO APPEAR GENERATED | | |
|  | ALL COUNTS | | ASO |
| 05/08/18 | | | |
| 3 | PLEA HEARING HELD        FALSE PRETEN | | LDW |
|  | ADDED CHARGE            FALSE PRETEN | | LDW |
| 1 | PLEA HEARING HELD        FORGERY | | LDW |
|  | JDG  BURKE,JOSEPH F., | P-33801 | LDW |
|  | DISMISSED | | LDW |
|  | DISMISSED - PLEAD TO ANOTHER CHARGE | | LDW |
| 2 | PLEA HEARING HELD        UTTER&PUBLIS | | LDW |
|  | DISMISSED | | LDW |
|  | DISMISSED - PLEAD TO ANOTHER CHARGE | | LDW |
| 3 | PLEA HEARING HELD        FALSE PRETEN | | LDW |
|  | PLEAD NOLO CONTENDERE | | LDW |
|  | DISPOSED ON PLEA OF NOLO CONTENDERE | | LDW |
|  | SENTENCE | $   1111.91 | LDW |
|  | RESTITUTION | $   1111.91 | LDW |
|  | PLEA HEARING HELD        ALL COUNTS | | LDW |
|  | SCHEDULED FOR SENTENCING 070518  900A  POPE,CHARLES J., | P-25389 | LDW |
|  | BOND CONTINUED | | LDW |

***** END OF REGISTER OF ACTIONS ***** 05/09/18 09:40

## CONTINUED REGISTER OF ACTIONS

Plaintiff _____  Defendant _____

CASE NO. _____

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | Initials |
|---|---|---|
| JUL 2 2018 | D: app / att. + kent | |
| | Recommendations 18FB-1586: | |
| | • Probation 9 Months — May report by mail | |
| | • $475 Fines/Costs (inclusive of SMC/VRA/Atty Fee) + $50 NSF fee | |
| | • $1111.91 Restitution Joint and Severely | |
| | • $30/Month Probation Oversight Fee | |
| | • Meet with probation when and where directed including home visits. | |
| | • ~~JWP or Community Service~~ due by _____ | |
| | • No Contact with Bryan Ratliff | |
| | • Drug test day of sentencing (if positive then 2x month thereafter) | |
| | • Submit to, pay and be responsible for random drug/alcohol tests as requested by the court, any probation or police officer or any treatment provider. | |
| | • No use/possession of alcohol, illegal drugs, or drug paraphernalia; no being in the presence of anyone possessing/using any illegal drugs or drug paraphernalia. | [sig] [sig] |
| 7/2/18 | ~~Probation Lein Cond #46891190 exp 4/2/19~~ | |
| 12-12-18 | WARRANT*FTA BW $10,000 Bond ~~Cash/ Surety~~ / 10% Respondent failed to comply with an order of this court. To any peace officer or other person authorized by law to arrest, bring the respondent before Court immediately or hold for arraignment if above bond is not posted. Court assesses $75 warrant fee. | VOP FILED |
| 12.12.18 | ELECTRONIC WARRANT | [sig] |
| 5-9-19 | Re-entered Probation Lein Cond # 47401064 Exp 5-9-20 | |

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | Initials |
|---|---|---|
| 5-22-20 | Letter rec'd from D- Order: ① Recall Warrant ② Discharge Without Imprisonment ③ Waive T/C + Pros Fees ④ Enter Restitution Judgment ⑤ Close File | Chen |
| 5-22-2020 | WARRANT CANCELLED | |