UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT ANDREW WITZKE,

    Plaintiff,

v.

                              Case No. 21-cv-11346
                              Hon. Matthew F. Leitman

JORDAN RIECK, *et al.*,

    Defendants.

_____/

**ORDER (1) DIRECTING DEFENDANT ROBERT ALLEN McLEAN TO RESPOND TO PLAINTIFF'S MOTION TO STRIKE (ECF No. 46); (2) DIRECTING DEFENDANT McLEAN TO SERVE REPSONSE ON PLAINTIFF; AND (3) CONFIRMING BRIEFING SCHEDULE SET FORTH IN COURT'S PRIOR ORDER (ECF NO. 43)**

On April 25, 2022, Plaintiff Scott Andrew Witzke filed a motion under Federal Rule of Civil Procedure 12(f)(2) to strike Defendant Robert Allen McLean's affirmative defense of qualified immunity. (*See* Mot., ECF No. 46.) The Court concludes that it would benefit from a response by McLean. Accordingly, the Court **ORDERS** that, by not later than **June 1, 2022**, (1) McLean shall file a response to Witzke's motion to strike (ECF No. 46); and (2) for all the reasons discussed in the Court's earlier order (ECF No. 43), McLean shall (a) serve his response by ordinary mail on Witzke at his current address, Scott A. Witzke #392924 c/o Livingston County Jail, 150 S. Highlander Way, Howell, MI 48843; and (b) file on this Court's docket a proof of service indicating that he has served his response on Witzke.

The Court further **CONFIRMS** that this Order does not alter the briefing schedule it set forth for Witzke in its prior Order (ECF No. 42). Accordingly, as set forth in that Order, Witzke shall file the responses required by the Court's Supplemental Response Order (ECF No. 37) and Show Cause Order (ECF No. 38) by not later than **May 31, 2022**. Witzke's failure to meet these deadlines may lead to the granting of the pending motions and the dismissal of his claims

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 11, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 11, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126