UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT ANDREW WITZKE,

    Plaintiff,

v.

JORDAN RIECK, *et al.*,

    Defendants.

Case No. 21-cv-11346
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DEFENDANT CITY OF MADISON HEIGHTS WITH PREJUDICE (ECF No. 55)

On July 7, 2022, Plaintiff Scott Andrew Witzke filed a motion to dismiss Defendant City of Madison Heights from this case with prejudice. (*See* Mot., ECF No. 55.) Defendants have not opposed this motion. Accordingly, Plaintiff's motion is **GRANTED.**

    **IT IS SO ORDERED.**

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated:  October 26, 2022

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 26, 2022, by electronic means and/or ordinary mail.

                                         s/Holly A. Ryan
                                         Case Manager
                                         (313) 234-5126