# **INDEX OF EXHIBITS**

**1.     Witzke v. Marlan, 2018 U.S. Dist. LEXIS 220211 (E.D. Mich. Oct. 19, 2018)**

**2.     Preliminary Examination Transcript,** *People of the State of Michigan v. Scott Andrew Witzke*, **Oakland County Circuit Court #2020-273785 (2/14/2020)**

**3.     *Joseph v. Ford Motor Co.*, 2009 U.S. Dist. LEXIS 138190 (E.D. Mich. Sept. 30, 2009)**

**4.     *Zawada v. Police Officer Patrick Hogan*, 2022 U.S. App. LEXIS 30611 (6th Cir. Nov. 3, 2022)**