## **INDEX OF EXHIBITS**

Ex A – Rieck Affidavit

Ex. B – White Affidavit

Ex. C- Howard Affidavit

Ex. D – Preliminary Exam Transcript 2

Ex. E – McLean Video

Ex. F – McLean Affidavit

Ex. G – Kowalski Affidavit

Ex. H – Detention Sheet

Ex. I – Madison Heights Video   (Defendants will be filing a Motion to Seal as it relates to this exhibit)

Ex. J – Confidential Informant Agreement

Ex. K – Search Warrant / Affidavit

Ex. L – Felony Complaint

Ex. M – Arraignment Transcript

Ex. N – Preliminary Exam Transcript

Ex. O – Plea Transcript

Ex. P – *Marr v. City of Detroit*, No. CIV. 07-10931, 2009 WL 112084  (E.D. Mich. 1/15/09)

Ex. Q  – *Roberson v. Wynkoop*, No. 21-1240, 2021 WL 5190902  (6th Cir. Nov. 9, 2021)