# EXHIBIT E

## McLean Video

**(to be filed via media upload portal)**