# EXHIBIT F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT ANDREW WITZKE,

    Plaintiff,

-vs-

JORDAN RIECK; IAN HOWARD; AARON KOWALSKI; CRAIG WHITE; and ROBERT ALAN McLEAN, in their individual capacities for monetary damages; and THE CITY OF MADISON HEIGHTS, Michigan,

    Defendants.
_____/

CA: 21-11346

HON: MATTHEW F. LEITMAN
MAG. DAVID R. GRAND

Scott Andrew Witzke
In Pro se
336 N. Saginaw Street
Pontiac, MI
(734) 600-2446
scottawitzke@gmail.com

Mary A. Waddell (P70545)
Assistant Attorney General
Attorney for Defendant McLean
State Operations Division
PO Box 30754
Lansing, MI 48909
(517) 335-7573
Waddellm1@michigan.gov
_____/

ROSATI SCHULTZ JOPPICH
& AMTSBUECHLER PC
By: Holly S. Battersby (P72023)
Margaret T. Debler (P43905)
Attorneys for Defendants Rieck,
Howard, Kowalski and White
27555 Executive Drive, Ste. 250
Farmington Hills, MI 48331
(248) 489-4100
hbattersby@rsjalaw.com
mdebler@rsjalaw.com

**AFFIDAVIT OF ROBERT McLEAN**

2

STATE OF TEXAS ]
] ss.
COUNTY OF BEXAR ]

I, Robert McLean, depose and state as follows:

1. I am currently employed as a Michigan State Police Trooper working out of the Metro North Post, and was so employed on July 30, 2019. I am currently on military status stationed in the State of Texas.

2. I made the arrest of Plaintiff Scott Witzke on that date in the City of Farmington Hills.

3. Following Plaintiff's arrest, I transported him along with his property to the MSP Metro North Post. The plaintiff was briefly held until Madison Heights uniform officers arrived to take custody of him.

4. The MSP Metro North Post does not have the capacity to house detainees.

5. I did not have further involvement with regard to the charges against the plaintiff until such time as I testified at the preliminary examination. The plaintiff and his property were transferred over to Madison Heights who transferred him from the MSP Metro North Post to the Madison Heights Police Department on July 30, 2019.

6. To the best of my knowledge, the Madison Heights police did not separately arrest Plaintiff, or effect a new arrest of Plaintiff, upon taking custody of

2

him on July 30, 2019.

7. Plaintiff was not free to leave the Metro North Post at any point prior to the Madison Heights Defendants assuming custody of him.

8. If called as a witness in this matter, I will testify consistently with this Affidavit.

Further affiant sayeth not.

ROBERT McLEAN

Subscribed and sworn to before me on this ＿＿ day of ＿＿＿＿＿, 2023

Notary Public, ＿＿＿＿＿ Co, TX
My Commission Expires: ＿＿＿＿＿



3