# EXHIBIT G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT ANDREW WITZKE,

        Plaintiff,                CA: 21-11346

-vs-

                                   HON: MATTHEW F. LEITMAN
                                   MAG. DAVID R. GRAND

JORDAN RIECK; IAN HOWARD;
AARON KOWALSKI; CRAIG
WHITE; and ROBERT ALLEN
MCLEAN, in their individual
capacities for monetary damages;
and THE CITY OF MADISON
HEIGHTS, Michigan,

        Defendants.
_____/

| | |
|---|---|
| Scott Andrew Witzke<br>In Pro se<br>336 N. Saginaw Street<br>Pontiac, MI<br>(734) 600-2446<br>scottawitzke@gmail.com<br><br>Mary A. Waddell (P70545)<br>Assistant Attorney General<br>Attorney for Defendant McLean<br>State Operations Division<br>PO Box 30754<br>Lansing, MI 48909<br>(517) 335-7573<br>Waddellm1@michigan.gov | ROSATI SCHULTZ JOPPICH<br> & AMTSBUECHLER PC<br>By: Holly S. Battersby (P72023)<br>Margaret T. Debler (P43905)<br>Attorneys for Defendants Rieck,<br>Howard, Kowalski and White<br>27555 Executive Drive, Ste. 250<br>Farmington Hills, MI 48331<br>(248) 489-4100<br>hbattersby@rsjalaw.com<br>mdebler@rsjalaw.com |

_____/

## **AFFIDAVIT OF AARON KOWALSKI**

**STATE OF MICHIGAN** ]
                                   ] ss.
**COUNTY OF OAKLAND** ]

I, Aaron Kowalski, depose and state as follows:

1. This Affidavit is based on my personal knowledge and, if sworn as a witness, I would testify as to the matters hereinafter set forth.

2. I am currently employed as a patrol officer by the City of Madison Heights and was so employed on July 30, 2019.

3. On that date, I was working in uniform from approximately 3:00 p.m. until 11:00 p.m.

4. During my shift, I received information from my Department to go to the Michigan State Police Metro North Post to pick up Plaintiff, who had been arrested by the Michigan State Police.

5. At the MSP Post, Plaintiff was brought to me by an MSP Trooper and I confirmed his identity as Scott Witzke.

6. It was my understanding that he was not free to leave MSP custody at any point prior to custody being transferred to the Madison Heights police.

7. I did not make any new arrest of Plaintiff at the MSP Metro North Post; I merely took Plaintiff from MSP custody into Madison Heights' custody based on the arrest which had already been made by Trooper McLean.

8. It is my understanding that the MSP Metro North Post does not have

2

the capacity to house detainees at its facility.

9. Madison Heights Officer Ian Howard was with me as we transported Plaintiff to the Madison Heights Police Department for lodging.

10. I booked Plaintiff at 10:09 p.m. on July 30, 2019 pursuant to standard Madison Heights booking procedures.

11. I was not involved in any determination relating to Plaintiff's arraignment, release, status as a confidential informant or criminal charges.

12. After booking Plaintiff, I did not have any further contact with him and did not have any involvement in his criminal proceedings.

Further affiant sayeth not.

_____
AARON KOWALSKI

Subscribed and sworn to before me on
this _____ day of _____ , 2023

_____

Notary Public, _____ Co, MI
My Commission Expires: _____

3