# EXHIBIT H

# Madison Heights
## DETENTION SHEET

TCN#

| | | | |
|---|---|---|---|
| BOOKING DATE / TIME: | 7/30/2019 10:09:33 | ARREST | 70419 |
| RELEASE TIME: | AM PM | PROCESSED BY: AARON KOWALSKI # | INCIDENT | 16491 |

LAST **WITZKE**  FIRST **SCOTT**  MIDDLE: **ANDREW**

ALIASE

ADDRESS ▮  CITY: ▮  STATE: **MI**  ZIP: ▮

HOME ▮  WORK  CITIZENSHIP: **UNITED STATES OF**

DOB ▮  RACE: **WHITE**  SEX: **MALE**  BIRTH CITY: **DETROIT**  BIRTH **MI**

HGT: **602**  WGT: **350**  EYE: **BLUE**  HAIR: **BLOND OR STRAWBERRY**  OCCUPATIO EMPLOYER:  PHON

DRIVER'S LICENSE ▮  STAT **MI**  SOC.SEC.#: ▮

SCARS / MARKS/  MARITAL STATUS: **SINGLE**

SID#  FBI#  IMP#  TICKE

LOCATION OF **696/ORCHARD LAKE**  ARRESTING **HOWARD** 

REMARKS

| MADISON HEIGHTS CHARGES | BOND | HOLDS / DEPT. | BOND |
|---|---|---|---|
| DRUGS(OTHER) | 0 | 14B YPSILANTI | $1,000 C/S |
| UDAA | 0 | BLOOMFIELD TWP | $471 C/S |
| | | 48TH DST BL HILLS | $357 C/S |
| | | 02B DIST HILLSDALE | $0 |
| | | | |

WHO NOTIFIED OF ARREST: ———  PHONE IN CELL: ON (OFF)  CONDITION OF PRISONER: /∼ TOX

RELEASE **8-2-19**  RELEASE TIME: **1400**  RELEASED BY: **SPANGLER**

COURT DATES: **R/P PER SIU**

O.U.I.L. ARREST ONLY: B.A.C.

FINGERPRINTED BY: **KOWALSKI**

PHOTOGRAPHED **AARON**

EVENT **59863452**

REMARKS

**SIU Arrest.**


