# EXHIBIT I

## Madison Heights Video

**(Defendants will be filing a Motion to Seal as it relates to this exhibit)**