# EXHIBIT J

## Source Guidelines

1. You will not violate any criminal law in the furtherance of gathering information or providing services and that any such violation will be vigorously prosecuted.

2. You have no official status as an agent or employee of this or any police agency.

3. The information you provide may be used in criminal and/or civil proceedings, and that all lawful means will be used to protect your identity; however, this cannot be guaranteed.

4. You will not buy, sell, use, or possess any controlled substance or contraband unless it is done at the direction of your control officer.

Signature X _[signature]_　　　　　　　Date: 8-2-19

Full Name: Scott Wetzke　　　　DOB: 11-03-1964

Address: 5777 Southfied Fwy. #221 ~~[redacted]~~　City: Detroit

Phone:

Home: 734-~~700~~363-7764

Work: _____

Cell: _____