# EXHIBIT N

STATE OF MICHIGAN

IN THE 47th JUDICIAL DISTRICT COURT

COUNTY OF OAKLAND

PEOPLE OF THE STATE OF MICHIGAN,

v                                              District Court No.

SCOTT ANDREW WITZKE,                           19MH68430FY

_____/

PRELIMINARY EXAMINATION

BEFORE THE HONORABLE, DISTRICT MARLA E. PARKER

Farmington Hills, Michigan - Friday, January 3, 2020

APPEARANCES:

| | |
|---|---|
| For the People: | Beth M. Hand(P47057)<br>1200 N. Telegraph Road<br>Pontiac, MI 48341<br>(248)858-0656 |
| For the Defendant: | John H. Holmes({P25446)<br>P.O. Box 7011<br>Bloomfield Hills, MI 48302-7011<br>(248)424-9394 |
| RECORDED BY: | Anne Nelson, CER7483<br>Certified Electronic Recorder<br>(248)871-2986 |
| TRANSCRIBED BY: | Anne Nelson, CER 7483<br>Certified Electronic Recorder<br>(248) 871-2986 |

TABLE OF CONTENTS

<u>WITNESSES: PEOPLE</u> <u>PAGE</u>

None

<u>WITNESSES: DEFENDANT</u>

None

<u>EXHIBITS:</u>   <u>OFFERED</u>   <u>ADMITTED</u>

None

      Farmington Hills, Michigan,

      Friday, January 03, 2020 at 9:37 a.m.

      THE COURT: Calling case number 19MH68430 People versus Scott Witzke.

      MS. HAND: Good morning, your Honor. Beth Hand appearing on behalf of the People.

      MR. HOLMES: Good morning, your Honor. My name is Jack Holmes appearing on behalf of Scott Witzke.

      MS. HAND: Your Honor, today's the date and time scheduled for preliminary examination. Defendant has failed to appear. The matter was scheduled for nine o'clock. It is now 9:35. People would be requesting a bench warrant and bond forfeiture.

      MR. HOLMES: Your Honor, this matter was scheduled by the Court when we last appeared for the probable cause conference.

  I don't know why Mr. Witzke is not here. I have not had any communication from him since before Christmas. I did make effort to call him yesterday twice and his phone was not accepting phone calls. I have not heard from him. I did attempt an earlier call. I think it was December 27th with the same result.

  So, I can offer the Court nothing with regard to why he is not here.

      MS. HAND: Your Honor, is the Court, generally,

3

would you be the setting bond upon pickup now or would you allow the --

THE COURT: I will -- I'm going to, at this point, noting that this matter --. Before we go further, I'll indicate I do have a report from Pretrial Services that was an activity report through December 23rd and the report was dated December 30th. So I don't have anything all the way through today but it indicates that he had been maintain contact on a bi-weekly basis but that the officer -- Pretrial Service case manager had contacted Cuyahoga County in Ohio where he was on probation. And his probation officer reported that he failed to report the week of December 23rd and a warrant was going to be issued in Ohio.

So, and it does look like he tested for probation the week of December 16th and his tests were negative, so. There may be a warrant in Ohio.

At this point, I'm going to issue a bench warrant due to defendant's failure to appear. It's 9:39. It was scheduled at nine o'clock. I'm going to order held without bond until he can be brought before the Court and we can address the issue for the non-appearance.

MS. HAND: Okay. Thank you, Judge.

MR. HOLMES: Thank you, your Honor. Thank you for the additional information.

4

          THE COURT: And previous bond will be forfeited.

          (At 9:39 a.m., proceedings concluded)

                * * * * * * * * * *

CERTIFICATE

STATE OF MICHIGAN    )

COUNTY OF OAKLAND    )

I, Anne Nelson, CER 7483, transcribed the foregoing hearing on an arraignment hearing, consisting of 05 pages, is a complete, true, and accurate record of the proceedings and testimony taken in this case on Friday, January 3, 2020.

February 20, 2021

                        Anne Nelson, CER 7483
                        47th District Court
                        31605 W. Eleven Mile Road
                        Farmington Hills, MI 48336
                        (248)871-2986

5