UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT ANDREW WITZKE,

        Plaintiff,

                              CA: 21-11346

-vs-

                              HON: MATTHEW F. LEITMAN
                              MAG. DAVID R. GRAND

JORDAN RIECK; IAN HOWARD;
AARON KOWALSKI; CRAIG WHITE;
and ROBERT ALLEN MCLEAN, in their
individual capacities for monetary
damages; and THE CITY OF MADISON
HEIGHTS, Michigan,

        Defendants.
_____/

Scott Andrew Witzke
In Pro se
336 N. Saginaw St.
Pontiac, MI
(734) 600-2446
scottawitzke@gmail.com

ROSATI SCHULTZ JOPPICH
& AMTSBUECHLER PC
By: Holly S. Battersby (P72023)
Attorney for Defendants
27555 Executive Drive, Ste. 250
Farmington Hills, MI  48331
(248) 489-4100
mdebler/hbattersby@rsjalaw.com
_____/

**DEFENDANTS' EX PARTE MOTION FOR LEAVE TO FILE EXHIBITS
VIA THE ELECTRONIC PORTAL "MEDIA FILE UPLOAD"**

The undersigned attorney for **Defendants**, pursuant to the Electronic Filing Policies and Procedures seeks leave of this Court to file an exhibit via the electronic portal "Media File Upload" in CM/ECF.

The exhibits identified as **Exhibit E** (McLean Video) and **Exhibit I** (Madison Heights Video – Motion to Seal to be filed as to this exhibit) to Defendants' Response to Plaintiff's Motion for Partial Summary Judgment [ECF #76] cannot be converted to PDF because they are videos.

For the foregoing reason, the undersigned respectfully requests that this Court grant the leave sought in this motion.

                    Respectfully submitted,

                    ROSATI SCHULTZ JOPPICH
                    & AMTSBUECHLER PC

                    s/ Holly S. Battersby
                    Attorneys for Defendants
                    27555 Executive Dr., Ste. 250
                    Farmington Hills, MI 48331
                    (248) 489-4100
                    hbattersby@rsjalaw.com
                    (P72023)

DATED: March 1, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following: Scott Andrew Witzke; and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: [NONE].

Respectfully submitted,

ROSATI SCHULTZ JOPPICH
& AMTSBUECHLER PC

s/ Holly S. Battersby
Attorneys for Defendants
27555 Executive Dr., Ste. 250
Farmington Hills, MI 48331
(248) 489-4100
hbattersby@rjsalaw.com
(P72023)