# EXHIBIT L

MHPD-19-16491

10/2/2019 DLJ/AW                                           Page 1 of 1

| STATE OF MICHIGAN | PROS. ORDER NO.   19-68430 |
|---|---|

THE DISTRICT COURT-JUDICIAL DISTRICT NO.   47

County of OAKLAND

# WARRANT

**THE PEOPLE OF THE STATE OF MICHIGAN**
   VS.

SCOTT ANDREW WITZKE /63-19-068430-01
6931 Ball Rd
Romulus, MI 48174

| | |
|---|---|
| Date of Offense: | JULY 30, 2019 |
| Location: | CITY OF FARMINGTON HILLS |
| Complainant: | DET. RIECK |
| Complaining Witness: | DET. RIECK |

**Defendant(s)**

**WITNESSES**
DET. J. RIECK, c/o MADISON HEIGHTS POLICE DEPT.
DET. K. WALKER
TPR. MCLEAN

19MH68430 Parker

STATE OF MICHIGAN, COUNTY OF OAKLAND

To any peace officer or court officer authorized to make arrest: The complaining witness has filed a sworn complaint in this court stating that on the date and the location described, the defendant, contrary to law,

did possess with intent to deliver the controlled substance methamphetamine; contrary to MCL 333.7401(2)(b)(i).  [333.74012B1-A]

FELONY:   20 Years and/or $25,000.00.  Unless sentenced to more than 1 year in prison, the court shall impose license sanctions pursuant to MCL 333.7408a.

CONTROLLED SUBSTANCE - DELIVERY/MANUFACTURE – METHAMPHETAMINE

   WHEREAS on examination of said sworn COMPLAINT by me, it appears to me that said offense has been committed and there is just cause to suspect that said Defendant(s) are guilty thereof:  THEREFORE IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, you and each of you are hereby commanded forthwith to take the said Defendant(s) and bring them before this Court, to be dealt with according to law.

Dated:  10/2/19                                    _____
                                                                District Judge/Magistrate
No.  _____

**RETURN ON WARRANT**

BY VIRTUE OF THIS WARRANT, I HEREBY CERTIFY AND RETURN THAT I HAVE TAKEN THE SAID DEFENDANT BEFORE THE SAID DISTRICT COURT, AS COMMANDED

Dated: _____, 20 _____          SIGNED: _____
                                                                              DEPUTY SHERIFF, COURT OFFICER OR POLICE OFFICER