UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT ANDREW WITZKE,

     Plaintiff,                                        Case No. 21-cv-11346
                                                       Hon. Matthew F. Leitman

vs.

JORDAN RIECK, et al.,

     Defendants.

_____/

## ORDER AUTHORIZING SCOTT ANDREW WITZKE
## TO POSSESS A CELL PHONE WITHIN THE COURTHOUSE

Plaintiff, **Scott Andrew Witzke**, is a *pro se* litigant in this matter.  Pursuant to *E.D. Mich. L.R.* 83.32(b)(2)(G), the Court **GRANTS** authorization for Plaintiff to possess a cell phone while within the Courthouse on April 27, 2023, and, further, **DIRECTS** that Plaintiff shall abide by all of the provisions of E.D. Mich. L.R. 83.32(c), (d), and (e) with respect to possession of the cell phone while he is inside of the Courthouse.

     **IT IS SO ORDERED**.

                                       /s/Matthew F. Leitman
                                       MATTHEW F. LEITMAN
                                       UNITED STATES DISTRICT JUDGE

Dated:  April 18, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 18, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126