UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT ANDREW WITZKE,

    Plaintiff,

v.

                        Case No. 21-cv-11346
                        Hon. Matthew F. Leitman

JORDAN RIECK,

    Defendant.

_____/

### ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF LIABILITY (ECF No. 72)

On April 27, 2023, the Court held a hearing on Plaintiff Scott Andrew Witzke's Motion for Partial Summary Judgment on the Issue of Liability (ECF No. 72). For the reasons explained on the record during that hearing, the motion is **DENIED**.

    IT IS SO ORDERED.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: April 27, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 27, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126